UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CLINCH RIVER CAPITAL
PARTNERS, INC.,

    Plaintiff,

v.

ELSEA, INC.,

    Defendant.

Case No. 2:11-CV-00400
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

At the October 30, 2012 Settlement Conference, the parties settled this case.

Accordingly, all current deadlines in this case, are hereby **VACATED**. The parties are **DIRECTED** to file a **JOINT STATUS REPORT** within **FOURTEEN (14) DAYS**, unless they have filed a dismissal entry prior to this date.

**IT IS SO ORDERED.**

11-6-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE